THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN LO TURCO, Appellant.

Submitted May 19, 1939; decided June 2, 1939.

*Rosario Ingargiola* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.